

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
4:21-cv-00097-FL

**Lillie Brown Clark,**
as the Administrator for the
Estate of Andrew Brown, Jr.,

    Plaintiff,

**Investigator Daniel Meads;**
**Deputy Sheriff II Robert Morgan;**
**Cpl. Aaron Lewellyn;**
**Lt. Steven Judd;**
**Sgt. Michael Swindell;**
**Sgt. Kenneth Bishop;**
**Sgt. Joel Lunsford;**
**Sheriff Tommy S. Wooten, II;**
**Sheriff Doug Doughtie;**
**John and Jane Doe 1-20;**
**ABC corporation 1-4**, unknown
Sureties Bonding companies
for Tommy S. Wooten, II,
and Doug Doughtie.

    Defendants.

_____/

## ORDER

Upon consideration of counsel's motion for leave to file manually, this Court hereby finds the following:

1. Plaintiff's Counsel is admitted to practice in the Eastern District of North Carolina.

2. Plaintiff has provided notice that he is successfully scheduled to attend CM/ECF Training on August 25, 2021.
3. The exception request for attorney to be permitted leave to file manually is to allow attorney time to become a filing user.

THEREFORE, it is hereby so ordered that counsel is permitted to file all notices and motions manually until counsel has completed CM/ECF Training.

This the 21st day of JULY, 2021.

_____
U.S. District Judge Louise Wood Flanagan